

# MANDATE

# The Fourteenth Court of Appeals

### NO. 14-13-00585-CV

| | |
|---|---|
| Dennis D. Shaver, Appellant<br><br>v.<br><br>Wells Fargo Bank, NA as Trustee for NCMT 2008-1, Appellee | Appealed from the County Court at Law of Waller County. (Tr. Ct. No. C12-102). Memorandum opinion delivered by Justice Christopher. Justices Jamison and McCally also participating. |

**TO THE COUNTY COURT OF WALLER COUNTY, GREETINGS:**

Before our Court of Appeals on July 1, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment signed March 21, 2013 in favor of appellee Wells Fargo Bank, NA as Trustee for NCMT 2008-1, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Dennis D. Shaver to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, May 26, 2015.

**CHRISTOPHER A. PRINE, CLERK**